UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVERYSPACE CONSTRUCTION, LLC,<br><br>　　　　Plaintiff<br><br>v.<br><br>ENCOR SOLAR, LLC, et al.,<br><br>　　　　Defendants | Case No.: 2:23-cv-01105-APG-DJA<br><br>**Order Deeming Order to Show Cause Satisfied** |

　　　In light of plaintiff EverySpace Construction, LLC's response to the order to show cause (ECF No. 7),

　　　I ORDER that the order to show cause (ECF No. 4) is satisfied, and I will not dismiss this case for lack of subject matter jurisdiction at this time.  However, EverySpace remains responsible for establishing that subject matter jurisdiction exists.

　　　DATED this 2nd day of August, 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE