UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVERYSPACE CONSTRUCTION, LLC,<br><br>    Plaintiff<br><br>v.<br><br>ENCOR SOLAR, LLC, et al.,<br><br>    Defendants | Case No.: 2:23-cv-01105-APG-DJA<br><br>**Order Setting Hearing and Briefing Schedule** |

Plaintiff EverySpace Construction, LLC filed an ex parte motion for a temporary restraining order (TRO). ECF No. 9. EverySpace did not file the motion under seal, and it alleges it sent a copy of the motion to the defendants' respective counsel. *Id.* at 7. Thus, the motion is not properly labeled ex parte and there is no need for it to be kept secret from the defendants.

I ORDER plaintiff EverySpace to immediately serve its motion and this order on the defendants' counsel. By August 24, 2023, EverySpace will file in the court docket (1) notice that the defendants' counsel have been served with the motion and this order, and (2) proof that the defendants have been served with the summons and complaint as required under Federal Rule of Civil Procedure 4. The defendants may file a response to the motion for TRO by August 24, 2023. I will conduct a hearing on the motion on Tuesday, August 29, 2023 at 9:30 a.m. in Las Vegas courtroom 6C. No witnesses will be presented at that hearing.

DATED this 17th day of August, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE