Robert T. Stewart (Nevada Bar No. 13770)
  rtstewart@foley.com
David L. Mortensen *(pro hac vice forthcoming)*
  dmortensen@foley.com
Tanner B. Camp *(pro hac vice forthcoming)*
  tcamp@foley.com
FOLEY & LARDNER LLP
95 S. State Street, Suite 2500
Salt Lake City, Utah 84111
Telephone: (801) 401-8900

*Attorney for Defendants Encor Solar, LLC and
  Lumin8 Holdings, LLC dba Ascent Ventures*

David Sampson (Nevada Bar No. 6811)
david@davidsampsonlaw.com
LAW OFFICE OF DAVID SAMPSON
630 South 2nd Street
Las Vegas, NV  89101

*Designated Nevada counsel only pursuant to
LR IA 11-1(b)(2)(ii)*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EVERYSPACE CONSTRUCTION, LLC, a Nevada limited liability company, | |
| Plaintiff, | **DESIGNATION OF NEVADA COUNSEL AND CONSENT THERETO** |
| v. | |
| ENCOR SOLAR, LLC, a Utah limited liability company, LUMIN8 HOLDINGS, LLC dba ASCENT VENTURES, a Utah limited liability company; ANGI INC., a Delaware corporation, | Case No. 2:23-cv-01105-APG-DJA |
| | Judge Andrew P. Gordon |
| Defendants. | Magistrate Judge Daniel J. Albregts |

The undersigned attorneys, David Mortensen and Tanner Camp, for Defendants Encor Solar, LLC and Lumin8 Holdings, LLC dba Ascent Ventures, have submitted or will soon submit to the Court a "Verified Petition for Permission to Practice in this Case Only."  Not being admitted to the bar of this Court and not maintaining an office in the District of Nevada for the practice of law,

these attorneys believe it to be in the best interests of the clients to designate Robert Stewart and David Sampson — both members of the State Bar of Nevada and admitted to practice in this Court — as Nevada counsel in this action. The contact information of said Nevada counsel are:

>Robert T. Stewart (Nevada Bar No. 17843)
>FOLEY & LARDNER
>95 S. State Street, #2500
>Salt Lake City, UT  84111
>Telephone: (801 401-8906
>Email: rtstewart@foley.com
>
>David Sampson (Nevada Bar No. 6811)
>david@davidsampsonlaw.com
>LAW OFFICE OF DAVID SAMPSON
>630 South 2nd Street
>Las Vegas, NV  89101

By this designation, the undersigned attorneys and parties agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the Nevada counsel. Further, this designation constitutes agreement and authorization by the undersigned for the Nevada counsel to sign stipulations binding on all of us. The time for performing any act under applicable Rule shall run from the date of service on the Nevada counsel.

FOLEY & LARDNER LLP

/s/ *David L. Mortensen*
David L Mortensen

/s/ *Tanner B. Camp*
Tanner B. Camp

*Counsel for Encor Solar, LLC and Lumin8 Holdings, LLC dba Ascent Ventures*

**CONSENT OF DESIGNATED NEVADA COUNSEL**

The undersigned hereby consent to serve as Nevada counsel in this case and agree that they are responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that they are responsible to transmit copies of all documents and other

papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

        */s/ Robert T. Stewart*
        Robert T. Stewart
        Nevada Counsel

        */s/ David Sampson*
        David Sampson
        Nevada Counsel

### APPOINTMENT OF NEVADA COUNSEL

The undersigned appoint Robert Stewart and David Sampson as their Nevada counsel in this case.

DATED:  August 24, 2023        FOLEY & LARDNER LLP

        */s/ David L. Mortensen*
        David L. Mortensen

        */s/ Tanner B. Camp*
        Tanner B. Camp

        *Attorneys for Defendants Encor Solar, LLC and Lumin8 Holdings, LLC dba Ascent Ventures*