1  Robert T. Stewart (Nevada Bar No. 13770)
     rtstewart@foley.com
2  David L. Mortensen (*pro hac vice forthcoming*)
     dmortensen@foley.com
3  Tanner B. Camp (*pro hac vice forthcoming*)
     tcamp@foley.com
4  FOLEY & LARDNER LLP
   95 S. State Street, Suite 2500
5  Salt Lake City, Utah 84111
   Telephone: (801) 401-8900
6
   *Attorneys for Defendants Encor Solar, LLC and*
7  *Lumin8 Holdings, LLC dba Ascent Ventures*

8  David Sampson (Nevada Bar No. 6811)
   david@davidsampsonlaw.com
9  LAW OFFICE OF DAVID SAMPSON
   630 South 2nd Street
10 Las Vegas, NV  89101

11 *Designated Nevada counsel only pursuant to*
   *LR IA 11-1(b)(2)(ii)*
12

13              **UNITED STATES DISTRICT COURT**
                **FOR THE DISTRICT OF NEVADA**
14

15 EVERYSPACE CONSTRUCTION, LLC, a          **STIPULATED MOTION TO EXTEND**
   Nevada limited liability company,        **DEADLINE TO RESPOND TO**
16                                          **MOTION FOR TRO AND TO**
                 Plaintiff,                 **CONTINUE HEARING**
17
        v.                                  Case No. 2:23-cv-01105-APG-DJA
18
   ENCOR SOLAR, LLC, a Utah limited liability   Judge Andrew P. Gordon
19 company, LUMIN8 HOLDINGS, LLC dba
   ASCENT VENTURES, a Utah limited liability    Magistrate Judge Daniel J. Albregts
20 company; ANGI INC., a Delaware corporation,

21               Defendants.

22

23        Defendants Encor Solar, LLC ("Encor") and Lumin8 Holdings, LLC ("Lumin8") and

24 plaintiff EverySpace Construction, LLC ("EverySpace") hereby stipulate and move the Court to: (1)

25 extend Encor and Lumin8's deadline to file a response to EverySpace's *Ex Parte* Motion for

26 Temporary Restraining Order (the "Motion") (ECF No. 9) from the current deadline of August 24,

27

28                                 - 1 -

2023 to September 1, 2023; and (2) continue the hearing on the Motion from August 29, 2023, to the first available date after September 5, 2023. There is good cause for the requested extension.

Since EverySpace filed the Motion, counsel for the parties have been meeting and conferring in an attempt to resolve the Motion. Indeed, earlier this week, Encor and Lumin8 believed that they had reached a resolution with counsel for EverySpace, which resolved the Motion. To avoid potentially unnecessary legal expenses, Encor and Lumin8 delayed and then stopped preparing a response to the Motion while working with counsel for EverySpace to resolve the pending Motion. While the parties are still working to resolve the Motion, if they are unable to do so, Encor and Lumin8 will need additional time to prepare their response to the Motion.

Accordingly, Encor, Lumin8, and EverySpace hereby stipulate and move the Court to (1) extend Encor and Lumin8's deadline to file a response to the Motion from August 24, 2023 to September 1, 2023; and (2) continue the hearing on the Motion from August 29, 2023 to the first available date after September 5, 2023.

DATED:  August 24, 2023                FOLEY & LARDNER LLP


/s/ Robert T. Stewart
Robert T. Stewart

*Attorneys for Defendants Encor Solar, LLC and Lumin8 Holdings, LLC dba Ascent Ventures*

STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND
TO MOTION FOR TRO AND TO CONTINUE HEARING

4882-8881-5290.3

1    DATED:  August 24, 2023                 LEX TECNICA LTD.

2

3                                            */s/ Samuel Castor* (signed with permission)
                                             Samuel Castor
4
                                             *Attorneys for EverySpace Construction, LLC*
5

6                                    ORDER

7    The August 29, 2023 hearing on the pending motion for TRO is vacated and rescheduled for

     September 6, 2023 at 11:00 a.m. in Las Vegas Courtroom 6C.
8
                                             IT IS SO ORDERED:
9

10

11                                           _____
                                             United States District Judge
                                             The Honorable Andrew P. Gordon
12

13                                           DATED: August 25, 2023

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND
TO MOTION FOR TRO AND TO CONTINUE HEARING

4882-8881-5290.3