# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

EVERYSPACE CONSTRUCTION, LLC,

    Plaintiff

v.

ENCOR SOLAR, LLC, et al.,

    Defendants

Case No.: 2:23-cv-01105-APG-DJA

**Order Vacating Hearing**

Based on the parties' stipulation (ECF No. 23), the September 6, 2023 hearing on plaintiff EverySpace's motion for a temporary restraining order is vacated and the motion for TRO (ECF No. 9) is withdrawn.

DATED this 1st day of September, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE