**RESNICK & LOUIS, P.C.**
PAUL A. ACKER, ESQ.
Nevada Bar No. 3670
packer@rlattorneys.com
ELEANOR D. MURPHY, ESQ.
Nevada Bar No. 15071
emurphy@rlattorneys.com
8925 W. Russell Road, Suite 220
Las Vegas, NV  89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
*Attorneys for Defendant,*
*Angi Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EVERYSPACE CONSTRUCTION, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ENCOR SOLAR, LLC, a Utah limited liability company; LUMIN8 HOLDINGS, LLC dba ASCENT VENTURES, a Utah limited liability company; ANGI INC., a Delaware corporation,<br><br>Defendants. | CASE NO:  2:23-cv-01105-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT ANGI INC. TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY 14-DAYS** |

Plaintiff EVERYSPACE CONSTRUCTION LLC ("EverySpace") and Defendant ANGI INC. ("Angi") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

1. On August 23, 2023, EverySpace filed and served its First Amended Complaint ("FAC") in this matter. (ECF No. 17).

2. Defendant Angi's deadline to respond to the FAC is fourteen days of service thereof, or September 6, 2023.

1

3. Counsel for Plaintiff and Defendant are meeting and conferring in the hopes of avoiding pleading challenges by Angi in the form of a Motion to Dismiss.

4. Additional time is needed to complete the meet and confer process prior to Angi's current responsive pleading deadline.

5. Accordingly, EverySpace and Angi hereby stipulate to extend Angi's deadline to file its responsive pleading in this matter by two weeks through and including September 20, 2023.

6. This is the first extension request by the parties as to this deadline. The parties do not anticipate requiring any further extensions.

7. While the parties hope this will avoid unnecessary motion practice, if the parties do not reach an agreement, and Angi files a Motion to Dismiss, they have agreed that Encor may file a second amended complaint in response.

**IT IS SO STIPULATED.**

Dated: September 1, 2023

**LEX TECNICA LTD**

/s/Sam Castor
SAM CASTOR, ESQ.
Nevada Bar No. 11532
10161 Park Run Drive
Suite 150
Las Vegas, Nevada 89145
*Attorney for Plaintiff*

Dated: September 1, 2023

**RESNICK & LOUIS, P.C.**

/s/Eleanor D. Murphy
PAUL A. ACKER, ESQ.
Nevada Bar No. 3670
ELEANOR D. MURPHY, ESQ.
Nevada Bar No. 15071
8925 W. Russell Road, Suite 220
Las Vegas, NV 89148
(702) 997-3800
*Attorneys for Defendant,
Angi Inc.*

Case 2:23-cv-01105-APG-DJA   Document 30   Filed 09/05/23   Page 3 of 4

## ORDER

The Stipulation to Extend Deadline for Defendant ANGI INC. to Respond to Plaintiff's First Amended Complaint up to and including September 20, 2023, is GRANTED.

Dated: 9/5/2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

3

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of September, 2023, a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT ANGI INC. TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY 14-DAYS** was served via the United States District Court CM/ECF system on all parties or persons requiring notice, as follows:

[ ]   **BY U.S. MAIL**: by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada, addressed as set forth below.

[ ]   **BY FACSIMILE**: by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to FDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document.

[ ]   **ELECTRONIC MAIL:** by causing said document(s) to be delivered by emailing an attached Adobe Acrobat PDF of the document to the email address(es) identified above.

[X]   **BY ELECTRONIC SERVICE**: by transmitting via the Court's electronic filing services the document(s) listed above to the Counsel set forth on the service list on this date pursuant to FDCR Rule 7.26(c)(4).

Adam R. Knecht, Esq.
Sam Castor, Esq.
Nevada Bar No. 13166
10161 Park Run Drive
Suite 150
Las Vegas, NV 89145
(702) 239-8413
adam@lextenica.com
*Attorneys for Plaintiff*

                                          /s/ Bonita Alexander
                                     An Employee of Resnick & Louis, P.C.