1  Robert T. Stewart (Nevada Bar No. 13770)
     rstewart@foley.com
2  David L. Mortensen (*pro hac vice application pending*)
     dmortensen@foley.com
3  Tanner B. Camp (*pro hac vice application pending*)
     tcamp@foley.com
4  FOLEY & LARDNER LLP
   95 S. State Street, Suite 2500
5  Salt Lake City, Utah 84111
   Telephone: (801) 401-8900

6

7  *Attorneys for Defendants Encor Solar, LLC and Lumin8 Holdings, LLC dba Ascent Ventures*

8  David Sampson (Nevada Bar No. 6811)
     david@davidsampsonlaw.com
9  LAW OFFICE OF DAVID SAMPSON
   630 South 2nd Street
10 Las Vegas, NV 89101

11 *Designated Nevada counsel only pursuant to LR IA 11-1(b)(2)(ii)*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EVERYSPACE CONSTRUCTION, LLC, a Nevada limited liability company, | **STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS ENCOR SOLAR, LLC AND LUMIN8 HOLDINGS LLC TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| Plaintiff, | |
| v. | **(First Request)** |
| ENCOR SOLAR, LLC, a Utah limited liability company, LUMIN8 HOLDINGS, LLC dba ASCENT VENTURES, a Utah limited liability company; ANGI INC., a Delaware corporation, | Case No. 2:23-cv-01105-APG-DJA |
| | Judge Andrew P. Gordon |
| Defendants. | Magistrate Judge Daniel J. Albregts |

Defendants Encor Solar, LLC and Lumin8 Holdings, LLC (the "Solar Parties") and plaintiff EverySpace Construction, LLC ("EverySpace") hereby stipulate as follows:

1. On August 23, 2023, EverySpace filed and served its First Amended Complaint ("FAC") (ECF No. 17) in this matter;

2. The Solar Parties' deadline to respond to the FAC is currently September 6, 2023;

3. The Solar Parties need additional time to review and respond to the allegations in the FAC;

4. Accordingly, the Solar Parties and EverySpace agree to extend the Solar Parties' deadline to respond to the FAC by two days, through and including Friday, September 8, 2023;

5. This is the first request by the parties to extend this deadline. The parties do not anticipate requiring further extensions.

6. If the Solar Parties file a motion to dismiss the FAC, the parties agree that EverySpace may file a second amended complaint in response to the motion.

DATED:  September 5, 2023                FOLEY & LARDNER LLP

*/s/ Robert T. Stewart*
Robert T. Stewart
David L Mortensen
Tanner B. Camp

*Attorneys for Defendants Encor Solar, LLC and Lumin8 Holdings, LLC dba Ascent Ventures*

DATED:  September 5, 2023                LEX TECNICA LTD.

*/s/ Samuel Castor (with permission)*
Samuel Castor

*Attorneys for EverySpace Construction, LLC*

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 9/7/2023

- 2 -
STIPULATION TO EXTEND DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT

4886-0974-8603.2