# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EVERYSPACE CONSTRUCTION LLC,<br><br>    Plaintiff<br><br>v.<br><br>ENCOR SOLAR, LLC, et al.,<br><br>    Defendants | Case No.: 2:23-cv-01105-APG-DJA<br><br>**Order Striking Certificate of Interested Parties** |

    I ORDER that defendants Encor Solar, LLC and Lumin8 Holdings, LLC's certificate of interested parties (ECF No. 37) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify the citizenship of each defendant as required by the amendment to that rule.

    I FURTHER ORDER these defendants to file a proper certificate of interested parties by September 22, 2023.

    DATED this 14th day of September, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE