**RESNICK & LOUIS, P.C.**
PAUL A. ACKER, ESQ.
Nevada Bar No. 3670
packer@rlattorneys.com
ELEANOR D. MURPHY, ESQ.
Nevada Bar No. 15071
emurphy@rlattorneys.com
8945 W. Russell Road, Suite 330
Las Vegas, NV  89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
*Attorneys for Defendant,*
*Angi Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EVERYSPACE CONSTRUCTION, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ENCOR SOLAR, LLC, a Utah limited liability company; LUMIN8 HOLDINGS, LLC dba ASCENT VENTURES, a Utah limited liability company; ANGI INC., a Delaware corporation,<br><br>Defendants. | CASE NO:  2:23-cv-01105-APG-DJA<br><br>**SECOND STIPULATION AND ORDER RE ANGI'S DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Plaintiff EVERYSPACE CONSTRUCTION LLC ("EverySpace") and Defendant ANGI INC. ("Angi") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

1. On September 5, 2023, this Court issued an order granting the Parties stipulation to extend Angi's deadline to respond to Plaintiff's First Amended Complaint ("FAC") by two weeks to September 20, 2023. (ECF 30).

1

2. On September 8, 2023, Defendant Encor Solar, LLC, filed a Motion to Dismiss the FAC. (ECF 34)

3. All parties (including Encor) have stipulated to leave for Plaintiff to file a Second Amended Complaint and Plaintiff intends on filing a Second Amended Complaint shortly.

4. The Parties also stipulate to further extend Angi's current responsive pleading deadline by two weeks to October 4, 2023 to allow time for Plaintiff to file a Second Amended Complaint.

5. Once the Second Amended Complaint is filed, Angi shall file its response within the statutory deadline.

6. If Angi files a Motion to Dismiss, Plaintiff can file a subsequent amended complaint to avoid motion practice.

7. This is the second extension request by the parties as to this deadline, totaling four weeks. The parties do not anticipate requiring any further extensions.

**IT IS SO STIPULATED.**

Dated: September 20, 2023

**LEX TECNICA LTD**

*/s/Sam Castor*
SAM CASTOR, ESQ.
Nevada Bar No. 11532
10161 Park Run Drive
Suite 150
Las Vegas, Nevada 89145
*Attorney for Plaintiff*

Dated: September 20, 2023

**RESNICK & LOUIS, P.C.**

*/s/Eleanor D. Murphy*
PAUL A. ACKER, ESQ.
Nevada Bar No. 3670
ELEANOR D. MURPHY, ESQ.
Nevada Bar No. 15071
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
(702) 997-3800
*Attorneys for Defendant,
Angi Inc.*

**ORDER**

The Second Stipulation to Extend Deadline for Defendant ANGI INC. to Respond to Plaintiff's First Amended Complaint up to and including October 4, 2023, is **GRANTED.**

Dated: __9/21/2023_____     _____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE