**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EVERYSPACE CONSTRUCTION LLC, | Case No.: 2:23-cv-01105-APG-DJA |
| Plaintiff | **Order Denying Motions to Dismiss as Moot** |
| v. | [ECF Nos. 34, 49] |
| ENCOR SOLAR, LLC, et al., | |
| Defendants | |

In light of the third amended complaint (ECF No. 55),

I ORDER that the defendants' motions to dismiss **(ECF Nos. 34, 49) are DENIED as moot** because they are directed at earlier versions of the complaint.

DATED this 6th day of November, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE