# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EverySpace Construction, LLC, a Nevada limited liability company, | Case No. 2:23-cv-01105-APG-DJA |
| Plaintiff, | **Order to Show Cause** |
| v. | |
| Encor Solar, LLC, a Utah limited liability company; Lumin8 Holdings, LLC dba Ascent Ventures, a Utah limited liability company; Agni Inc., a Delaware corporation, | |
| Defendants. | |

This matter is before the Court on its review of the docket. On April 17, 2024, the Court granted David L. Mortenson, Robert T. Stewart, and Tanner B. Camp of Foley & Lardner LLP and David Sampon of the Law Office of David Sampson's ("Counsel") motion to withdraw as counsel for Encor Solar, LLC. (ECF No. 84). The Court gave Encor until May 17, 2024 to either: (1) have new counsel appear for it in this matter; or (2) file a status report regarding its efforts to retain counsel. (*Id.*). It advised that "[f]ailure to comply with this order may result in sanctions." (*Id.*). Encor did not comply with this order. The Court will therefore order Encor to show cause why the Court should not recommend sanctions for Encor's failure to comply with the prior order and appear in this case through counsel. *See Reading Intern., Inc. v. Malulani Group, Ltd.*, 814 F.3d 1046, 1053 (9th Cir. 2016) (explaining that corporations must be represented by counsel).

**IT IS THEREFORE ORDERED** that, on or before **September 25, 2024,** Encor must respond to this order showing cause why the Court should not recommend sanctions against it for its failure to comply with the Court's order (ECF No. 84) and its failure to appear in this case through counsel. **Failure to comply with this order may result in sanctions.**

**IT IS FURTHER ORDERED** that the Clerk's Office is kindly directed to send a copy of this order to Encor at the below address:

**Encor Solar, LLC**

3049 Executive Pkwy

Lehi, UT 84043

DATED: August 26, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE