**LEX TECNICA, LTD.**
Samuel Castor, Esq.
Nevada Bar No. 11532
Erven T. Nelson, Esq.
Nevada Bar No. 2332
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
O: (725) 239-8413/F: (702) 583-6000
sam@lextecnica.com
erv@lextecnica.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| EVERYSPACE CONSTRUCTION, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ENCOR SOLAR, LLC, a Utah limited liability company aka LUMIN8 HOLDINGS, LLC dba ASCENT VENTURES, a Utah limited liability company; ANGI INC., a Delaware corporation,<br><br>Defendants. | CASE NO.: 2:23-cv-01105-APG-DJA<br><br>**JOINT MOTION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff, EVERYSPACE CONSTRUCTION, LLC ("EVERYSPACE"), and Defendants LUMIN8 HOLDINGS, LLC ("LUMIN8"), and ANGI INC. ("ANGI") (each a "Party" and collectively, the "Parties"), by and through their respective undersigned counsel, hereby submit this Joint Motion and Order of Dismissal *with Prejudice*. The Parties stipulate and jointly move to dismiss *with prejudice* all claims, crossclaims, and counterclaims against or between ANGI, LUMIN8, and/or EVERYSPACE in the above-captioned action. ANGI also moves to dismiss *with prejudice* all claims, crossclaims, and counterclaims that it has against Defendant ENCOR SOLAR, LLC ("ENCOR") in the above-captioned action. Each Party will bear its own costs, expenses, and attorney fees.

This Joint Motion and Order of Dismissal do not affect the claims of Plaintiff EVERYSPACE against Defendant ENCOR SOLAR, LLC, which will proceed as calendared.

DATED: September 19, 2024              LEX TECNICA LTD.

                                              */s/ Erven T. Nelson*
                                              Erven Nelson
                                              *Attorneys for Plaintiff*

DATED: September 19, 2024              FOLEY & LARDNER LLP

                                              */s/ Tanner B. Camp*
                                              Tanner B. Camp
                                              *Attorneys for Defendant Lumin8 Holdings, LLC dba Ascent Ventures*

DATED: September 19, 2024              FAEGRE DRINKER BIDDLE & REATH

                                              */s/ Andrew L. Campbell*
                                              *Attorneys for Defendant Angi Inc.*

## ORDER

This matter comes before the Court on the parties' Joint Motion and Order of Dismissal with Prejudice. (the "Motion"). The Court, having considered the Motion and all other papers and filings related thereto, and for good cause appearing, HEREBY ORDERS AS FOLLOWS:

The Motion is GRANTED. All claims, crossclaims, and counterclaims against or between Angi, Inc., Lumin8 Holdings, LLC, and/or EverySpace Construction, LLC in the above-captioned action are hereby dismissed with prejudice. All claims, crossclaims, and counterclaims that Angi, Inc. has against Encor Solar, LLC in the above-captioned action are also dismissed with prejudice. The claims of Plaintiff EVERYSPACE against Defendant ENCOR SOLAR, LLC are not affected by this Order and will proceed as calendared.

IT IS SO ORDERED.

United States District Judge
The Honorable Andrew P. Gordon

DATED:   October 8, 2024

3