# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EVERYSPACE CONSTRUCTION, LLC,<br><br>　　　　Plaintiff<br><br>v.<br><br>ENCOR SOLAR, LLC, et al.,<br><br>　　　　Defendants | Case No.: 2:23-cv-01105-APG-DJA<br><br>**Order Granting Second Supplemental Motion for Default Judgment**<br><br>[ECF No. 112] |

　　　　I denied plaintiff Everyspace Construction, LLC's first two motions for default judgment against defendant Encor Solar, LLC. ECF Nos. 106, 110. Everyspace's second supplemental motion addresses the defects I previously pointed out. ECF No. 112. Default has been entered against Encor. ECF No. 101. The second supplemental motion satisfies the factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986). I thus find good cause to grant the motion. I award judgment to Everyspace of $25,000,000 in general damages and $20,000,000 in punitive damages.

　　　　Everyspace also seeks $374,477.00 in attorneys' fees and $467.85 in nontaxable costs incurred in connection with this case. Everyspace has provided sufficient information for me to evaluate the fee request under the factors set forth in *Brunzell v. Golden Gate Nat. Bank*, 455 P.2d 31, 33 (Nev. 1969) and *Kerr v. Screen Extras Guild, Inc.*, 526 F.2d 67, 70 (9th Cir. 1975). The rates charged and the time spent on tasks are reasonable. I therefore grant Everyspace's request for its fees and costs.

/ / / /

/ / / /

/ / / /

I THEREFORE ORDER that Everyspace's motion for default judgment **(ECF No. 112) is granted**. The clerk of the court is directed to enter judgment in favor of plaintiff Everyspace Construction, LLC and against defendant Encor Solar, LLC for the following amounts:

$25,000,000 in general damages

$20,000,000 in punitive damages.

$374,477.00 in attorneys' fees

$467.85 in non-taxable costs

**Total Judgment Amount: $45,374,944.85**

DATED this 31st day of July, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE